SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile: 541-2958
Email: Tom.Muehleck@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 0 4 2005
at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO GONZALEZ-GUERRERO,<br>  aka "Alex,"          (01)<br>JESUS CACHO<br>  aka "Cuco,"          (02)<br>JESIKA CACHO,         (03)<br><br>Defendants. | CR. NO. 05-00164 SOM<br><br>SUPERSEDING INDICTMENT<br><br>[21 U.S.C. §§ 846, 841(a)(1)<br>18 U.S.C. § 2] |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

From a date unknown but from at least on or about March 12, 2005, to on or about April 26, 2005, in the District of Hawaii and elsewhere, defendants ALEJANDRO GONZALEZ-GUERRERO aka

"Alex," JESUS CACHO aka "Cuco" and JESIKA CACHO did conspire with each other and with other persons unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a quantity of methamphetamine, its salts, isomers and salts of its isomers, in excess of 50 grams, that is, approximately six pounds of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the conspiracy and to effect the objectives of this conspiracy, the defendants performed overt acts, in the District of Hawaii and elsewhere, including but not limited to:

1. On or about March 12, 2005, defendant ALEJANDRO GONZALEZ-GUERRERO aka "Alex" discussed on the telephone, with another person, the distribution of a quantity of methamphetamine.

2. On or about March 20, 2005, defendant ALEJANDRO GONZALEZ-GUERRERO aka "Alex" discussed on the telephone, with another person, the distribution of two pounds of methamphetamine.

3. On or about March 28, 2005, defendant ALEJANDRO GONZALEZ-GUERRERO aka "Alex" discussed on the telephone, with

another person, the distribution of two pounds of methamphetamine.

4. On or about April 6, 2005, defendant ALEJANDRO GONZALEZ-GUERRERO aka "Alex" discussed on the telephone, with another person, the distribution of two pounds of methamphetamine.

5. On or about April 6, 2005, defendant JESUS CACHO aka "Cuco" discussed on the telephone, with another person, the distribution of two pounds of methamphetamine.

6. On or about April 7, 2005, defendant JESUS CACHO aka "Cuco" met with an undercover federal law enforcement agent in Santa Ana, California.

7. On or about April 7, 2005, defendant JESUS CACHO aka "Cuco" distributed approximately two pounds of methamphetamine to an undercover federal law enforcement office in Santa Ana, California.

8. On or about April 8, 2005, defendant ALEJANDRO GONZALEZ-GUERRERO aka "Alex" discussed on the telephone, with another person, the distribution of a quantity of methamphetamine.

9. On or about April 17, 2005, defendant ALEJANDRO GONZALEZ-GUERRERO aka "Alex" discussed on the telephone, with another person, the distribution of a quantity of methamphetamine.

10. On or about April 25, 2005, defendant JESUS CACHO aka "Cuco" discussed on the telephone, with another person, the distribution of a quantity of methamphetamine.

11. On or about April 26, 2005, defendants JESUS CACHO aka "Cuco" and JESIKA CACHO stored a quantity of methamphetamine in a residence in Chula Vista, California.

12. On or about April 26, 2005, defendants JESUS CACHO aka "Cuco" and JESIKA CACHO maintained drug records in a residence in Chula Vista, California.

13. On or about April 26, 2005, defendant JESUS CACHO aka "Cuco" met with an undercover federal law enforcement officer in Oceanside, California.

All in violation of Title 21, United States Code, Section 846.

COUNT 2

The Grand Jury further charges that:

On or about April 7, 2005, in the District of Hawaii and elsewhere, ALEJANDRO GONZALEZ-GUERRERO aka "Alex" and JESUS CACHO aka "Cuco" each aiding and abetting one another, did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers in excess of 50 grams, that is, approximately two pounds of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. The defendants knowing and

intending that the quantity of methamphetamine, its salts, isomers, and salts of its isomers would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, 5/4/05.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Alejandro Gonzalez-Guerrero, et al.,
"Superseding Indictment"
Criminal No. 05-00164 SOM

5